# Supreme Court of Florida

---

No. SC2023-1707

---

## IN RE: AMENDMENTS TO FLORIDA RULES OF JUVENILE PROCEDURE.

May 30, 2024

PER CURIAM.

Previously, in *In re Amendments to Florida Rules of Juvenile Procedure – 2023 Legislation*, 375 So. 3d 219 (Fla. 2023), the Court amended several rules, including Florida Rules of Juvenile Procedure Forms 8.959 (Summons for Dependency Arraignment), 8.979 (Summons for Advisory Hearing), and 8.982 (Notice of Action for Advisory Hearing). The amendments were in response to recent legislation made by chapter 2023-302, Laws of Florida, which went into effect on June 27, 2023. *See* ch. 2023-302, §§ 1-7, 10, Laws of Fla.

At that time, because the proposed changes to the forms were limited to only the English versions, and no proposed translated forms were provided to the Court as part of the report, we deleted

the Spanish and Creole translations to prevent inconsistencies within those translated forms and the updated English versions.

The Committee now requests that recently amended forms 8.959, 8.979, and 8.982 be further amended with the updated Spanish and Creole translations.[1]  The Committee explains that the non-English forms were translated by a professional translation service.  However, because the Creole translations do not conform with the recent amendments to the English versions of the forms, as "personal appearance" remains throughout, as well as include erroneous translations, we only amend the forms to include the Spanish translations at this time.  Should the Committee want the Court to amend forms 8.959, 8.979, and 8.982 with Creole translations, we ask that the Committee in a new case file a report proposing accurate Creole translations.

Accordingly, the Florida Rules of Juvenile Procedure are amended as reflected in the appendix to this opinion.  New

---

1.  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(e).

language is indicated by underscoring. The amendments shall take

effect immediately upon the release of this opinion.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Juvenile Procedure

Cheo A. Reid, Chair, Juvenile Court Rules Committee, West Palm Beach, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Michael Hodges, Staff Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

# APPENDIX

## FORM 8.959.  SUMMONS FOR DEPENDENCY ARRAIGNMENT

### SUMMONS AND NOTICE OF HEARING

STATE OF FLORIDA

TO:  .....(name and address of person being summoned).....

.....(Petitioner's name)..... has filed in this court a petition, alleging under oath that the above-named child(ren) is/are dependent under the laws of the State of Florida and requesting that a summons issue in due course requiring that you appear before this court to be dealt with according to law. A copy of the petition is attached to this summons.

You are to appear before this Court at .....(location of hearing)....., at .....(time and date of hearing)......

**FAILURE TO APPEAR AT THE ARRAIGNMENT HEARING CONSTITUTES CONSENT TO THE ADJUDICATION OF THIS CHILD (OR CHILDREN) AS A DEPENDENT CHILD (OR CHILDREN) AND MAY ULTIMATELY RESULT IN LOSS OF CUSTODY OF THIS CHILD (OR CHILDREN).**

IF YOU FAIL TO APPEAR YOU MAY BE HELD IN CONTEMPT OF COURT.

COMMENT: The following paragraph must be in bold, 14 pt. Times New Roman or Courier font.

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact .....(name, address, telephone number)..... at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

Witness my hand and seal of this court at .....(city, county, and state)....., on .....(date)......

CLERK OF COURT

BY: _____

DEPUTY CLERK


CITATORIO Y AVISO DE AUDIENCIA

ESTADO DE FLORIDA

PARA:        ..... (nombre y dirección de la persona citada).....

..... (Nombre del peticionario)..... ha presentado en este tribunal una petición, alegando bajo juramento que los niños mencionados anteriormente son dependientes según las leyes del Estado de Florida y solicitando que se emita un citatorio a su debido tiempo que requiera que comparezca ante este tribunal para ser tratado de acuerdo con la ley. Se adjunta copia de la petición a este citatorio.

Deberá comparecer ante este Tribunal en ..... (lugar de la audiencia)....., en ..... (hora y fecha de la audiencia)......

**NO COMPARECER EN LA AUDIENCIA DE TUTELA CONSTITUYE UN CONSENTIMIENTO PARA LA ADJUDICACIÓN DE ESTE NIÑO (O NIÑOS) COMO HIJO (O HIJOS) DEPENDIENTE(S) Y, EN ÚLTIMA INSTANCIA, PUEDE RESULTAR EN LA PÉRDIDA DE LA CUSTODIA DE ESTE NIÑO (O NIÑOS).**

SI NO SE PRESENTA, PUEDE SER DECLARADO EN DESACATO AL TRIBUNAL.

COMENTARIO: El siguiente párrafo debe estar en negrita, 14 pt. fuente Times New Roman o Courier.

**Si usted es una persona con una discapacidad que necesita alguna adaptación para participar en este procedimiento, tiene derecho, sin costo alguno para usted, a que se le provea de cierta asistencia. Póngase en contacto con ..... (nombre, dirección, número de teléfono)..... al menos 7 días antes de su comparecencia programada ante el tribunal, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia programada es inferior a 7 días. Si tiene problemas de audición o de voz, llame al 711.**

Doy fe con mi firma y sello de este tribunal en..... (ciudad, condado y estado)....., en ..... (fecha)......

SECRETARIO DEL TRIBUNAL

POR: _____

SECRETARIO ADJUNTO

## FORM 8.979. SUMMONS FOR ADVISORY HEARING

SUMMONS AND NOTICE OF ADVISORY

HEARING FOR TERMINATION OF

PARENTAL RIGHTS AND GUARDIANSHIP

STATE OF FLORIDA

TO: .....(name and address of person being summoned).....

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced child(ren), a copy of which is attached. You are to appear before .....(judge)....., at .....(time and location of hearing)....., for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

**FAILURE TO APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS TO THIS CHILD (THESE CHILDREN). IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED YOU MAY LOSE ALL LEGAL RIGHTS TO THE CHILD (OR CHILDREN) NAMED IN THE PETITION ATTACHED TO THIS NOTICE.**

COMMENT: The following paragraph must be in bold, 14 pt. Times New Roman or Courier font.

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact .....(name, address, telephone number)..... at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

Witness my hand and seal of this court at .....(city, county, state)..... on .....(date)......

CLERK OF COURT

BY:_____

DEPUTY CLERK

CITATORIO Y AVISO DE

AUDIENCIA PARA LA TERMINACIÓN DE

PATRIA POTESTAD Y TUTELA

ESTADO DE FLORIDA

PARA:       ..... (nombre y dirección de la persona citada).....

Se ha presentado una Petición de Terminación de la Patria Potestad bajo juramento en este tribunal con respecto a los niños mencionados anteriormente, cuya copia se adjunta. Usted debe comparecer ante ..... (juez)....., en ..... (hora y lugar de la audiencia)....., para una AUDIENCIA CONSULTIVA DE TERMINACIÓN DE LA PATRIA POTESTAD. Deberá presentarse en la fecha y hora que se especifiquen.

**LA FALTA DE COMPARECENCIA EN ESTA AUDIENCIA CONSULTIVA CONSTITUYE SU CONSENTIMIENTO PARA LA TERMINACIÓN DE LA PATRIA POTESTAD DE ESTE NIÑO (ESTOS NIÑOS). SI NO SE PRESENTA EN LA FECHA Y HORA ESPECIFICADAS, PUEDE PERDER TODOS LOS DERECHOS LEGALES SOBRE EL NIÑO (O NIÑOS) NOMBRADOS EN LA PETICIÓN ADJUNTA A ESTE CITATORIO.**

COMENTARIO: El siguiente párrafo debe estar en negrita, 14 pt. fuente Times New Roman o Courier.

**Si usted es una persona con una discapacidad que necesita alguna adaptación para participar en este procedimiento, tiene derecho, sin costo alguno para usted, a que se le provea de cierta asistencia. Póngase en contacto con ..... (nombre, dirección, número de teléfono)..... al menos 7 días antes de su comparecencia programada ante el tribunal, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia programada es inferior a 7 días. Si tiene problemas de audición o de voz, llame al 711.**

Doy fe con mi firma y sello de este tribunal en ..... (ciudad, condado, estado)..... en..... (fecha)......

SECRETARIO DEL TRIBUNAL

POR:

SECRETARIO ADJUNTO

## FORM 8.982   NOTICE OF ACTION FOR ADVISORY HEARING

.....(Child(ren)'s initials and date(s) of birth).....

NOTICE OF ACTION AND OF ADVISORY HEARING FOR

TERMINATION OF PARENTAL RIGHTS AND

GUARDIANSHIP

STATE OF FLORIDA

TO: .....(name and address of person being summoned)....

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced child(ren). You are to appear before .....(judge)....., at .....(time and address of hearing)....., for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

**FAILURE TO APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS TO THIS CHILD (THESE CHILDREN). IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED YOU MAY LOSE ALL LEGAL RIGHTS TO THE CHILD (OR CHILDREN) WHOSE INITIALS APPEAR ABOVE.**

COMMENT:   The following paragraph must be in bold, 14 pt. Times New Roman or Courier font.

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact ......(name, address, telephone number)..... at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

Witness my hand and seal of this court at .....(city, county, state)..... on .....(date)......

CLERK OF COURT

BY:_____

DEPUTY CLERK

..... (Iniciales del niño (s) y fecha (s) de nacimiento).....

NOTIFICACIÓN DE AUDIENCIA CONSULTIVA PARA LA

TERMINACIÓN DE LA PATRIA POTESTAD Y

TUTELA

ESTADO DE FLORIDA

PARA:      ..... (nombre y dirección de la persona citada)....

Se ha presentado una Petición de Terminación de la Patria Potestad bajo juramento en este tribunal con respecto a los niños mencionados anteriormente. Usted debe comparecer ante ..... (juez)....., en ..... (hora y dirección de la audiencia)....., para una AUDIENCIA CONSULTIVA DE TERMINACIÓN DE LA PATRIA POTESTAD. Deberá presentarse en la fecha y hora que se especifiquen.

**LA FALTA DE COMPARECENCIA EN ESTA AUDIENCIA CONSULTIVA CONSTITUYE SU CONSENTIMIENTO PARA LA TERMINACIÓN DE LA PATRIA POTESTAD DE ESTE NIÑO (ESTOS NIÑOS). SI NO SE PRESENTA EN LA FECHA Y HORA ESPECIFICADAS, PUEDE PERDER TODOS LOS DERECHOS LEGALES SOBRE EL NIÑO (O NIÑOS) CUYAS INICIALES APARECEN ARRIBA.**

COMENTARIO: El siguiente párrafo debe estar en negrita, 14 pt. fuente Times New Roman o Courier.

**Si usted es una persona con una discapacidad que necesita alguna adaptación para participar en este procedimiento, tiene**

**derecho, sin costo alguno para usted, a que se le provea de cierta asistencia. Póngase en contacto con ...... (nombre, dirección, número de teléfono)..... al menos 7 días antes de su comparecencia programada ante el tribunal, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia programada es inferior a 7 días. Si tiene problemas de audición o de voz, llame al 711.**

Doy fe con mi firma y sello de este tribunal en ..... (ciudad, condado, estado)..... en..... (fecha)......

SECRETARIO DEL TRIBUNAL

POR: _____

SECRETARIO ADJUNTO